# EXHIBIT A

February 14

Are you there Akhee? 6:49 PM ✓✓

Walaykum asalaam wr wb 6:56 PM

Yes 6:56 PM

How are you doing Akhee? 6:57 PM ✓✓

Alhumdulilah 6:57 PM

And yourself 6:57 PM

Albamdulilah brother, everything is fine. 6:57 PM ✓✓

I hear good things about you Akhee. 6:57 PM ✓✓

Why thank you 6:57 PM

So then, media. What kinda ideas would you like me to discuss? 6:58 PM

I feel like PR work is important and as long as you know you're demographic , you cant go wrong. 6:58 PM

One sec 6:59 PM

Inshallah 6:59 P̶

Message 🎤


Ok *7:06 PM*

So *7:06 PM*

Well, Akhee...our friends has kept it very discreet about what you two spoke about...why don't you tell me what your ideas about the PR you would like to see us doing? *7:07 PM ✓✓*

Well... *7:08 PM*

Firstly three main target demographics. Firstly, sisters. Secondly those who are waiting and are unsure about attacks (especially civilian) thirdly media correction or memes. *7:09 PM*

I like the way you think Akhee. *7:09 PM ✓✓*

Sisters, are very crucial to our goals in the Ummah. They don't even see our beloved sisters coming at the end of the day Akhee. *7:10 PM ✓✓*

For sisters, I would recommend a series, YouTube if possible, just about Islamic reminders and living in the west (and why living in an Islamic society has unique advantages) *7:10 PM*



📎 ⌕ Message ⬤ 🎤

  



For sisters, I would recommend a series, YouTube if possible, just about Islamic reminders and living in the west  (and why living in an Islamic society has unique advantages)  7:10 PM

Inshallah.  7:11 PM ✓✓

We need strong brothers who are indeed willing to conduct operations here and over there AND brothers that know what they are doing!  7:12 PM ✓✓

Yes, the best utilization  would be to have a web series  (again if possible on YouTube that would best)  and it could be a series covering daily reminders, the differences in western and Islamic culture,   how to have modesty  and how to be a good wife. Further more, there should be influences on target practicing  or encouraging brothers to accept the needs of the ummah, that being jihad. THIS part specifically  should be outlined over time, and should focus on having empathy for the ummah and then hatred for the  kuffar, but in a subtle way by exposing  their ideological absurdities.  7:14 PM  ⌄

 Message 

Hmmm.... *7:15 PM*

Mashallah Akhee. You are very knowledgeable! *7:15 PM* ✓✓

Well, when it comes to brothers there are two things with that, one. Proper videos are needed, can explain if asked. And better videos on how and why jihad is needed. *7:15 PM*

This isn't expert advice its common knowledge *7:16 PM*

This is very true but a lot of good brothers don't listen to common knowledge and nor do they practice it! *7:17 PM* ✓✓

You will have to teach them then. Which is fine *7:17 PM*

Inshallah. *7:17 PM* ✓✓

We have all the time in the world Akhee. The kuffar is the one that doesn't have the time. *7:18 PM* ✓✓

Another thing that should be expressed in a video *7:18 PM*

⌄

📎 Message ⬤ 🎤


Yes. *7:18 PM* ✓✓

Specifically within the US, the video should focus on the current socio-political climate, that being progressive society and social justice, versus traditional cultural norms *7:19 PM*

We have brothers making all sort of videos but the problem is they are of the old mentality and are not use to making videos for the audience here in this kuffar land. *7:19 PM* ✓✓

The current ideological culture is unsustainable and leaning towards marxism. *7:19 PM*

Well, the ideas listed should be a good starting point. *7:20 PM*

Yes you are correct. *7:20 PM* ✓✓

Do you have prior experience in making videos? *7:21 PM* ✓✓

Nope *7:21 PM*

It seems like you do Akhee. *7:21 PM*

Message 🎤



How observant of you.  *7:21 PM*

I've been around the block once or twice Akhee.  *7:22 PM* ✓✓

That's good.  *7:22 PM*

Now then  *7:22 PM*

What type of video do you think is most important to get out first?  *7:22 PM*

What are you most comfortable with Akhee? It's all about your comfort level...  *7:23 PM* ✓✓

For right now.  *7:23 PM* ✓✓

Eh?  *7:24 PM*

What does that mean Akhee...I'm a non nonsense type of guy. Like I said I've seen a lot and done a lot. Be honest with me Akhee. I don't want you to waste my time and nor do I want to waste your time.  *7:25 PM* ✓✓

And how would either of us do that?  *7:25 PM*

I identified what types of videos should be produced  *7:25 PM*

 Message  

I identified  what types of videos should be produced    7:25 PM

Okay Akhee.   7:26 PM ✓✓

Elaborate  exactly  why   7:26 PM

And here we are.   7:26 PM

Exactly Akhee.   7:26 PM ✓✓

My comfort has nothing at all to do with anything.   7:26 PM

Okay Akhee.   7:26 PM ✓✓

at the end of the day we are doing this for our bothers and sisters in the struggle.   7:26 PM ✓✓

True   7:26 PM

Are you in the position to make the videos?  Do you have the equipment.   7:27 PM ✓✓

?   7:27 PM ✓✓

Not at all   7:27 PM

Okay.   7:27 P   ⌄





📎  Message                        ⬤  🎤


You will have to make it *7:27 PM*

You will provide the content? *7:27 PM* ✓✓

In as far as? *7:28 PM*

Will you be in the videos (covered obviously)? Will you be making the script for the videos? *7:28 PM* ✓✓

Nope *7:28 PM*

Okay Akhee *7:28 PM* ✓✓

Let's slow down a bit. *7:28 PM* ✓✓

Not unless you disavow all allegations and work for me. *7:29 PM*

I don't abide by laws of the kuffar lands...I follow the only law and that is of Allah, Subhanahu wa ta'ala *7:30 PM* ✓✓

Yes well, while you live in kuffar lands you will abide by their rules until you no longer need to. *7:31 PM*

Inshallah Akhee *7:31 PM* ✓✓

In any case, what did you have in mind




In any case, what did you have in mind regarding the video concepts discussed? 7:32 PM

I do like your ideas. 7:32 PM ✓✓

Besides those 3 points what other ideas do you have Akhee. Our friend told me you were full of amazing ideas but he didn't tell me fully. 7:33 PM ✓✓

What would you like to know? 7:33 PM

Let me gather my thought Akhee. Are you around later on today or tomorrow? 7:34 PM ✓✓

Yes, what is it you wish to gather? 7:34 PM

Unless you are taking your wife on a date perhaps? 7:35 PM

In what order I want to gather the videos Akhee. 7:35 PM ✓✓

Well you couldn't simply gather them 7:35 PM

They have to be produced 7:35 PM

I know. 7:35 P ⌄

 Message  🎤



Creating them isn't the difficult part, the difficult part is in presentation.  *7:35 PM*

As in editing, etc?  *7:36 PM* ✓✓

Firstly, let's assume you're affiliated with someone, whose logo you couldn't use on YouTube because it would immediately be flagged and taken down  *7:36 PM*

Ultimately you'll have to make a subdivision for some videos to allow the general public to view them  *7:36 PM*

However other videos for aforementioned group, would also need to be produced, those specific videos could remain as they are, but would require more detail.  *7:37 PM*

I agree.  *7:38 PM* ✓✓

For example, you might ask yourself, what kind of video is most important in this exact moment?  *7:38 PM*

The answer to that would probably be one of patients, and the need be cautious and not get any felonies (specifically if in the US)  *7:39 PM*

Patience is the key. *7:39 PM* ✓✓

I disagree *7:39 PM*

How so? *7:41 PM* ✓✓

Patience doesn't matter when predestiny exist. *7:42 PM*

There is a urgency, but you still have to be cautious at the end of the day. *7:42 PM* ✓✓

No urgency either. *7:43 PM*

Okay. *7:46 PM* ✓✓

Have you produced a web series? *7:47 PM* ✓✓

Why do you ask? *7:47 PM*

Just wondering Akhee. *7:47 PM* ✓✓

The audience I wish to reach is the brothers and sisters here. *7:48 PM* ✓✓

That's not hard *7:48 PM*

It's for the youth here. That is our future. *7:48 PM* ✓✓

Just need to understand what works best

⌄

📎 Message ⬤ 🎤

Just need to understand what works best
7:48 PM

Yes well that being the case, let's look at regions, what region specifically would you like to focus on first?
7:49 PM

East coast or west coast? 7:49 PM

Because the two different people have different ideological approaches to conflict and how to resolve said conflict.
7:49 PM

East coast as there is a larger population
7:50 PM ✓✓

Alright, well then, are you targeting general audience or muslims specifically?
7:50 PM

A lot of Muslims have lost their way Akhee. And forgot about Islam. 7:51 PM ✓✓

Ahh... 7:51 PM

Well then, east coast muslims are more likely to be busy with work than west coast
7:52 PM

What makes you say that? 7:52 PM

📎 Message 🎤


As such, you should focus more on an audio approach and make a video mainly about the very basics of islam and how to regain your faith. *7:52 PM*


What makes you say that?
What makes me say what? *7:53 PM*

? *7:53 PM* ✓✓

Right then.... *7:53 PM*

So anyway, I would focus on making either 30 minute audio files or hour long audio files *7:53 PM*

In English of course. *7:53 PM*

Of course *7:54 PM* ✓✓

And focus on faith as it is. Vs faith as others want it to be, specifically how the CVE wants it to be. *7:54 PM*

Your most optimal bet, is to introduce things starting off with part of what anwar said in the battle of hearts and minds video *7:55 PM*

⌄

Regarding the rand corporation and their

📎 Message ⬛ 🎤



Regarding the rand corporation and their plans to westernize islam  7:55 PM

And then to progress forward with some information about how the CVE began, how it became a state dependent partner and its endeavors especially the #Think again turn away campaign they attempted and failed horribly.  7:57 PM

Our friend told me you had some knowledge.  8:02 PM ✓✓

And he wasn't kidding.  8:03 PM ✓✓

That right.  8:08 PM

Well, you're a no nonsense kinda guy right?  8:08 PM

American  8:08 PM

What do you think Akhee  8:09 PM ✓✓

I think a lot  8:09 PM

So let me clarify  8:09 PM

This isn't something either of us, especially myself, want to get in any kind of legal trouble for.  8:10 PM



@ Message  🎤

  

of legal trouble for.  8:10 PM

Same here Akhee. We are too valuable to
the cause Akhee  8:10 PM ✓✓

So, no names, no questions unrelated to
our work and no agreements of any
crimes.  8:10 PM

Perhaps. Perhaps not  8:10 PM

That being said however,  8:11 PM

These conversations are entirely
speculative for videos produced
individually for social engineering
purposes, belonging to no group nor done
in part by anyone belonging to or affiliated
with any group, as our friend said.  8:11 PM

So dont ask me what I do or have done,
and I wont ask you either. As of now
you're just number 1, and I'm number 2.
Only names we'll ever have to each other.
8:12 PM

Moreover, the videos are to be produced
entirely on your end.  8:13 PM

Inshallah. We will talk more.  8:14 PM

This entire dialogue is nothing more than

Message

🔗  🎤


This entire dialogue, is nothing more than conversation of potential ideas and how they would work effectively. No expert advice and nothing that could be misconstrued for a 2339B charge. *8:14 PM*

If he wills it. *8:14 PM*

How do you know of this Akhee? Are you a lawyer? *8:15 PM ✓✓*

As mentioned above, no unrelated questions. *8:15 PM*

Or just a well educated individual? *8:15 PM ✓✓*

Information is easily obtained via google. *8:16 PM*

Ah. A internet guru *8:16 PM ✓✓*

Inshallah *8:16 PM ✓✓*

You seem insistent upon painting me as some expert. *8:16 PM*

Look, Akhee. *8:16 PM ✓✓*

You need to ask our friend a little mor about me. *8:17 PM*

⌄

📎 Message 🎤




You need to ask our friend a little more about me. 8:17 PM ✓✓

I don't and I won't 8:17 PM

He spoke highly of you I'm showing you respect. 8:17 PM ✓✓

As am i 8:17 PM

I'm going to go now. 8:17 PM ✓✓

Wa Alaikum As Salaam 8:18 PM ✓✓

You do realize the penalty of providing any sort of assistance to a known FTO? 8:18 PM

You need to understand and realize the opportunity you have been given with me. I will let that sink in. Everything is in the hands of ALLAH, Subhanahu wa ta'ala, there are no walls or laws that I Ameen afraid of! I've seen the darkness and ALLAH Subhanahu wa ta'ala, has guided me throw those dark times. So think about that Akhee 8:21 PM ✓✓

Neither of us are of any use to anyone in a cage. 8:22 PM



📎 Message ⬛ 🎤




Neither of us are of any use to anyone in a cage.
8:22 PM

It isn't about fear, it's about security.
8:22 PM

A man doesn't buy A gun because he's afraid of others. He buys it to protect himself and others.
8:23 PM

I know Akhee. I've done more for the cause and the ummah, it's not about that Akhee. It's in the hands of Allah, Subhanahu wa ta'ala.
8:23 PM ✓✓

As is all things. 8:23 PM

February 16

As Salaam Alaikum Wa Rahmatullahi Wa Barakathu Akhee.
7:26 PM ✓✓

Walaykum asalaam 9:19 PM

February 17

Akhee, are you there...looks like I missed your response
7:14 PM ✓✓

? 7:40 PM

⌄

📎 Message ⬤ 🎤



As Salaam Alaikum 7:41 PM ✓✓

Walaykum aslaaam 7:46 PM

Yes? 7:46 PM

How are you brother? 7:49 PM ✓✓

Alhumdulilah 8:02 PM

You have time to chat for a bit Akhee?
8:05 PM ✓✓

Sure what's up 8:07 PM

Eating dinner 8:07 PM

But I got tome 8:07 PM

So, here is what I was told about you and
what you want to do Akhee 8:08 PM ✓✓

Sure whatcha hear 8:08 PM

Only good things Akhee 8:08 PM ✓✓

And great ideas Akhee 8:09 PM ✓✓

I was told how you had ideas that will
make a video you want to make even
better. 8:10 P ⌄

 Message  

True  *8:10 PM*

Good.  *8:10 PM* ✓✓

I need to know your ideas off top and his was I will know how I can be of help Akhee
*8:11 PM* ✓✓

Ok  *8:11 PM*

Anything specific  you want to discuss?
*8:11 PM*

There's  a couple things you could work on first however
*8:12 PM*

If you dont mind  *8:12 PM*

You got me Akhee...feel free to speak openly. I'm a very trusted brother. And whatever you tell me stays here Akhee
*8:13 PM* ✓✓

Good  *8:13 PM*

Two videos that could  use production
*8:13 PM*

Is first and foremost an explosive video
*8:13 PM*

Now the creation of such a video and sending it KNOWING It'll  be used for

Message


Now the creation of such a video and sending it KNOWING It'll be used for crime in anyway, of course is illegal and would have the ATF at your doors faster than the FBI. *8:14 PM*

Now then. *8:14 PM*

On such a video three things are needed. *8:14 PM*

One: the video must be said it's for scientific purposes only and not to be used in any crimes. *8:15 PM*

Inshallah *8:15 PM* ✓✓

Second: such a video must show proper yield to explosive equipment gained. Not just the amount of explosive you'll have after its creation but how much that specific amount has in demolition power. This should be done in yields the common man can understand, example, X amount will destroy a car, x amount will destroy a 1 story building, x amount 2 story if place properly, and X amount for a 3 story building. *8:16 PM*

Third: such a video needs to show two

Message   

 
Third: such a video needs to show two things, how to obtain the catalyst needed, one being sulfuric acid (easily obtained via car batteries. ) the other being hydrochloric acid. Easily purchased in a variety of ways within the US and SOME European counties. My recommendation is the utilization of a school, claim to be a science teacher there and pay for said equipment with an old burner Visa card    *8:19 PM*

Again yields are needed for both types    *8:20 PM*

That being said that's a solid video for fireworks training.    *8:20 PM*

The second video in question   *8:21 PM*

Is a PR video.   *8:21 PM*

This one requires a bit more finesse.    *8:21 PM*

Currently certain groups are seen entirely as khawarij despite proving themselves other wise.    *8:22 PM*

Alright Akhee those are some gre ideas...    *8:24 PM* 

Message


Alright Akhee those are some great ideas... 8:24 PM ✓✓

Rest assured I'm all about safety and security for the BOTH OF US! 8:25 PM ✓✓

Let's break this down, one video at a time Akhee. 8:25 PM ✓✓

The video in question should be a self analysis video on potential war crimes, the standards of warfare practices historically and in a contemporary setting. And compare the two. From there a contrast is needed, let's say the US for example. And should focus on again historical vs contemporary. I'd use the crusades for example, the first 3 to be specific. And compare the rise and fall of the Roman empire to the current rise and fall of the US. (Focus on military expeditions, violence and overall ideology of both cultures) 8:25 PM

Sure. 8:25 PM

So then tell me about the first video.... 8:26 PM ✓✓

What about it? 8:27 PM

 📎 Message   🎤

What about it? *8:27 PM*

You said explosive video correct? *8:27 PM* ✓✓

I said fireworks yes *8:27 PM*

I just want to make sure we are speaking of the same topic. *8:27 PM* ✓✓

Inshallah, fireworks *8:27 PM* ✓✓

Who is the audience you wish to focus on Akhee for the fireworks video? *8:28 PM* ✓✓

Muslims *8:28 PM*

This is to teach the ummah, correct? The ones that are willing to learn for the cause *8:29 PM* ✓✓

? *8:29 PM* ✓✓

Its instructional *8:29 PM*

Understood. *8:29 PM* ✓✓

What topic would you like to instruct them on Akhee? *8:29 PM* ✓✓

For scientific research only *8:29 PM*

Inshallah

Message



‹ Chats ⁂ **Connecting...**

Inshallah  8:29 PM ✓✓

What you see above clarifies all questions
8:30 PM

There is a lot to instruct on...what specific ideas do you have Akhee for the first video?  8:31 PM ✓✓

Again as specified  8:31 PM

This correct:

Second: such a video must show proper yield to explosive equipment gained.  Not just the amount of explosive you'll have after its creation but how much that specific amount has in demolition power. This should be done in yields the common man can understand, example, X amount will destroy a car, x amount will destroy a 1 story building, x amount 2 story if place properly, and X amount for a 3 story building.  8:31 PM ✓✓

Does it seem correct?  8:32 PM

Yes it does Akhee. Cause we have to teach the ummah and like you say make it simp for someone to watch a video and learn

Message  🎤


Yes it does Akhee. Cause we have to teach the ummah and like you say make it simple for someone to watch a video and learn.
*8:32 PM* ✓✓

Good *8:33 PM*

To be frank *8:33 PM*

It is easier to remain binary in this conversation *8:33 PM*

Asking for clarification on what is detailed is pointless. *8:33 PM*

What research have you done so far for the fireworks? *8:35 PM* ✓✓

Ahki this is irrelevant *8:36 PM*

It is of utmost of importance to tech the ummah of your ideas *8:38 PM* ✓✓

And keep them simple. *8:38 PM* ✓✓

What does that have to do with my personal knowledge? *8:38 PM*

I'm all in with the fireworks video as first one to be produced. Do you have thoug~~ht~~ on where to set the fireworks off? List in

Message 🎤


I'm all in with the fireworks video as first one to be produced. Do you have thoughts on where to set the fireworks off? List in order          8:43 PM ✓✓

A back yard is nice and safe   8:43 PM

Or perhaps a heavily wooded area that is unlikely to catch fire.          8:44 PM

If you can get clearance from local contractors on an abandoned building, that would also be great.          8:45 PM

How's that helping the Ummah and the cause.          8:46 PM ✓✓

How does it not????   8:46 PM

Scientific knowledge is needed when someone is either under siege or clearing tree roots.          8:46 PM

For example, the people in Yemen who are starving might have use for such a video as they could get rid of abandoned buildings so that the Houthis cant use them in tribal warfare.          8:47 PM

That way the need to have peace talks or a ceasefire drastically increases



Message    



That way the need to have peace talks or a ceasefire drastically increases. 8:47 PM

Or let's say someone in, Kansas has a stubborn tree trunk they just cant afford to dig up, assuming they have the property size for it, and clear it with their neighbors they could easily just blow up the tree trunk then recoil the area. 8:48 PM

Resoil* 8:49 PM

I'm not here to play these games about blowing up tree trunks in someone's back yard. I was told you wanted to make a very specific video to help in the cause, are you right brother for us? 8:52 PM ✓✓

••• 8:52 PM

Let me ask you this ahki 8:52 PM

Are you reading this right now? Are you paying attention? 8:52 PM

Lets say, someone had , I donno these great media ideas for , abu Saif or the PKK or the IRA or any foreign terrorist organization 8:53 PM

And this person, truly wanted Good

 

Message 


And this person  truly wanted Good.
8:53 PM

He wanted good for whatever cause, not as a means to harm others but as a means to end a war or to end skirmishes by intelligent attacks, planning etc.
8:54 PM

Now let's give this guy a name, we'll call him steve.
8:54 PM

So Steve gets this great ideas. Not because  no one else thought of them. But because he's outside of the conflict , he can see things a bit differently than those in combat situations.
8:55 PM

So Steve, in his earnest hope to save lives and make things better for the PKK for example.
8:55 PM

Request the PKK to create videos  8:56 PM

Now, steve gets on telegram, and gets a contact through a contact through another contact
8:56 PM

Steve, thinking he'll help change things for the better,  with good intentions.
8:56 PM

Asks this PKK person to go ahead and







Asks this PKK person to go ahead and create some specific types of videos for him. 8:56 PM

Now while he's requesting and going over these videos 8:57 PM

The person In question, asks questions subtly, ya know what area ya from, when is a good time to talk? How is work? what do you do for work. 8:58 PM

Etc 8:58 PM

And every now and then. 8:58 PM

The person in question, let's say bob 8:58 PM

Asks him to clarify some of the things he speaks of. 8:58 PM

Bob would say something like "oh hey, so you want these explosive videos, to focus on blowing up buildings right? Well, what kinda building around you, would you blow up, if ya could? Is it a two story or a one story building?" 8:59 PM

And of course steve says, " well it's a two story" and bob goes on to say "well, is it a



Message

 

‹ Chats ☀ **Connecting...**

And of course steve says, " well it's a two story" and bob goes on to say "well, is it a government building or just a residential or what?"

So then steve says it's a office of some kind, nothing important and then bob meanwhile says "well I'm making the video but would you like to buy some of the supplies in advance so you could make a small batch or explosives on your own?" And then steve says sure. *9:01 PM*

Next thing ya know. Steve gets a knock at his door 3 days later after bob confirmed that steve had the materials, and steve gets arrested on multiple felon charges. *9:02 PM*

Turns out bob was an FBI field agent and thought he could get steve at least 20 years in prison because steve might be dangerous. Now although steve had good intentions the point is he was talking with a FTO, so that automatically gives steve a 20 year minimum sentence for trying to provide aid to a foreign terrorist organization *9:03 PM*

On top of the charges for having explosive

Message



On top of the charges for having explosive materials on top of attempting to provide some form of support  *9:03 PM*

Now steve at this point is facing, probably 45 to 50 years in prison, maybe 35 if he takes a plea deal.  *9:04 PM*

So let me end this story with this statement  *9:04 PM*

I'm not steve. I'm not dumb enough to follow in the hopefully footsteps of steve.  *9:05 PM*

Now I'm gonna tell ya this one last time so we're clear, your the one in need here not myself. Life continues as it does.

Dont ask me any questions that you dont need to. Nor question why in instruct you a certain way. With utmost respect ahki, these questions your asking are not only tedious and a waste of time but frankly annoying. I have no ego to be played nor a need for money or fame.  *9:06 PM*

So when I tell you to make whatever, and I clarify what it's for who it's for and what the focal points are. That's it.  *9:07 PM*



Message   

Dont ask for anything else. *9:07 PM*

Nor question anything I asked. *9:07 PM*

EVER. *9:07 PM*

Because I'm not going to end up like steve *9:07 PM*

Now you get to work on what I said, as I said and you finish it. *9:08 PM*

You do that, then we can talk more. Other than that, theres nothing more to say here *9:08 PM*

I dont like you questions *9:08 PM*

And I dont like how you're questioning the nature of what I asked *9:08 PM*

A man blowing up a tree trunk is the same as a man blowing up a building, the materials used are the same *9:08 PM*

And the process to acquire those materials are also the same. *9:09 PM*

Now wither or not that building has people in it, or that tree has termites in it, doesn't matter. In both scenarios the building and the tree stump are destroyed *9:09 PM*

Message  🎤


the tree stump are destroyed *9:09 PM*

Now you go make my video. *9:10 PM*

Or I'll out you right here and now as a federal agent *9:10 PM*

And I dont give a single fuck what you have to say *9:10 PM*

You have your orders, Do it. And i dont care who gave you tazkiyah *9:10 PM*

Or if baghdadi himself vouches for you *9:10 PM*

My friend abu isa Died, because he didnt listen to me when I told him not to trust someone *9:11 PM*

And here we are. *9:11 PM*

Hes a shaheed because he didnt listen. *9:11 PM*

Now make my goddamn video and dont ask me another goddamn thing. *9:11 PM*

Contact me when your done. *9:11 PM*

And if your dumb enough to try to come after me, on the off chance you in fact are a federal agent, we'll go to trial and I'll 

 Message  


a federal agent, we'll go to trial and I'll win. And your name will be on the docket
9:12 PM

So dont you say another fucking thing to me
9:12 PM

Until you've made what I asked for. 9:12 PM

I don't wanna hear anything your about to type. Go fucking do what I told you 9:13 PM

What did I just tell you? 9:14 PM

Whatever your about to fucking say it doesn't matter to me. Either you make the video and you prove you arent a fed, or you say whatever you're gonna say, and dont make the video and prove you are a fed.
9:15 PM

Okay, now that you are done, let me tell something....you think you know a lot and yet you have done nothing for the cause and sit you on your computer all day long and come up crazy stories like the one above.

There is no need for you to flip out and talk for as long as you have. I have not asked you any specific questions on anything

 


There is no need for you to flip out and talk for as long as you have. I have not asked you any specific questions on anything besides what I was told you wanted to talk about.

And I agree we are done for now.   *9:21 PM* ✓✓

What research have you done so far for the fireworks?

How's that helping the Ummah and the cause.   *9:27 PM*

You dont need to know if I can make explosives or not   *9:27 PM*

Nor should you ask how a video on demolition is useful to the ummah. It has obvious implications unless your an idiot.   *9:27 PM*

You said explosive video correct?

There is a lot to instruct on...what specific ideas do you have Akhee for the first video?

 Message     🎤 


video?

This correct:

Second: such a video must show proper yield to explosive equipment gained. Not just the amount of explosive you'll have after its creation but how much that specific amount has in demolition power. This should be done in yields the common man can understand, example, X amount will destroy a car, x amount will destroy a 1 story building, x amount 2 story if place properly, and X amount for a 3 story building. 9:28 PM

Nothing that needed to be said or clarified you can read as well as anyone else, it does nothing but provide evidence of an intent 9:29 PM

March 19

Have you competed your task. 7:04 PM

I was asked to ask you. 7:04 PM

March 24

As Salaam Alaikum 2:08 P...

 Message  


**Walaykum asalaam** *2:08 PM*

**I'm at work ahki. Please be brief for now. I get off in two hours though** *2:09 PM*

**Saw your message...been busy, starting to work on the video. Will get back to you soon.** *2:09 PM* ✓✓

**Starting too?** *2:09 PM*

**Fine.** *2:09 PM*

**Wa Alaikum As Salaam Akhee** *2:10 PM* ✓✓

**Don't forget, yield information is important** *2:10 PM*

**X amount can destroy Y object. And then scale upward so we can utilize a yield. Also make one version with hydrochloric acid if available. We need to test the safer catylst** *2:11 PM*

April 3

**As Salaam Alaikum Akhee...I started working on the video...here is what I have so far.** *5:28 PM*

1:02 ◀×

 

🖇 Message ⬛ 🎤 



0:55 🔇✕

5:28 PM ✓✓

Perfect. This should be able to be uploaded to YouTube legally as well.

5:30 PM

Now this kinda quality is what's needed.

5:31 PM

Because it isnt inherently used for crimes it should pass off fine

5:31 PM

This works well. For multiple reason firstly, with the yield we know exactly what we'll need. And can price our efforts accordingly, for material this is also good as we can find adequate supplies based on need and surveillance. For those on a tight leash use car batteries, for those free and suspected to be undetected, you can gather hydrochloric acid.

6:07 PM

**Works fine** 6:08 PM

📎 Message 🎤

Works fine *6:08 PM*

Glad you like it Akhee...this is just the beginning. *7:51 PM* ✓✓

The best yield results in my opinion are, tree trunk, car, 900 square foot room,

Half a building. And one full building. *8:53 PM*

Okay. *8:56 PM* ✓✓

As for the hydrochloric acid. You don't or shouldn't need a yield for those scales, if you have extra go for it, if not, please just apply the math to scale the yield amount. *8:57 PM*

Got it. *8:59 PM* ✓✓

Doing great work... gonna look into its legality a bit more. From the surface it looks fine. So the information should be acceptable to upload casually. *9:09 PM*

Sounds goods, thanks Akhee *9:11 PM* ✓✓

April 11

And how is it coming along? *11:16 AM*

Message

40 of 86

  
‹ Chats    ☀ **Connecting...** 

And how is it coming along? *11:16 AM*

Been super busy lately, it's coming along.
*2:30 PM* ✓✓

Understood
Looking forward to it. *2:39 PM*

Inshallah *2:44 PM* ✓✓

Inshallah *2:49 PM*

April 15

Asalaam alaykum *3:47 PM*

Yeah look was going to ask about the work
*3:47 PM*

Just wanted to make sure in the video
when going over using sulfuric acid as the
catalyst that you emphasize room
temperature control. Trace amounts of
sulfuric acid can cause an accidental
explosion. *3:48 PM*

Which is why safety should be the primary
concern of the video.

Be sure to include (if you haven't finished
it) that people should make sure the



 Message  

Be sure to include (if you haven't finished it) that people should make sure the product is thoroughly distilled and sifted, if possible sift VERY CAREFULLY, a secondary time and make sure its stored at an appropriately tempered area. *3:50 PM*

Best case scenario we come out with very fine products that took a considerable amount more time to create, but the purity, yield and safety of the product is paramount. *3:51 PM*

Wa Alaikum As Salaam Akhee, good info. *8:53 PM* ✓✓

April 16

...working on the first segment of the video tonight, will save fireworks section for last *8:25 PM* ✓✓

Smart move *8:56 PM*

April 25

As Salaam Alaikum Akhee *9:00 PM* ✓✓

How are you? *9:00 PM* ✓✓

Alhumdulilah *9:16 PM*

Message 🎤

Alhumdulilah *9:16 PM*

You *9:16 PM*

Busy, I have been working on another project that was needed. *9:28 PM* ✓✓

And... *9:23 PM*

So, back working on this project *9:24 PM* ✓✓

Good good. *9:26 PM*

How did the last one go? *9:26 PM*

Good *9:27 PM* ✓✓

Well, good. Congrats *9:28 PM*

Now working on what you need, where and how to purchase. *9:28 PM* ✓✓

Good luck *9:28 PM*

Thanks...just wanted to give you a little bit of update. *9:39 PM* ✓✓

Appreciated stay safe *9:40 PM*

If you come up with any ideas for project let know *9:41 PM* ✓✓

Message 🎤

