FILED
11-14-19
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-mj- 1423-JRK

ROMEO XAVIER LANGHORNE

### SUPERSEDING MOTION TO SEAL CRIMINAL COMPLAINT AND RELATED DOCUMENTS AND MOTION TO UNSEAL REDACTED VERSION OF CRIMINAL COMPLAINT UPON ARREST OF DEFENDANT

On November 13, 2019, the United States filed a motion to seal the criminal complaint in this case and related documents, which was granted the same day. The motion to seal requested that the sealed documents be automatically unsealed by the court when the defendant is taken into custody. The United States now supersedes this request, and asks that the original, unredacted complaint affidavit remain sealed, and that the court instead unseal the redacted version of the complaint attached hereto. The redactions to the complaint affidavit are made to protect the identities of persons who are referenced in the affidavit and not the subjects of this investigation. These include federal agents and employees who participated in the investigation as well as laypersons. The unsealing of the redacted affidavit is necessary to protect these laypersons from harassment and to protect the federal agents and

employees from unnecessary exposure as they continue to work on other, non-public investigations.

The United States therefore moves that the Court direct the Clerk to keep the original complaint affidavit SEALED and to unseal the related documents and the attached redacted complaint affidavit described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov