CLOSED

# U.S. District Court
# Western District of Virginia (Roanoke)
# CRIMINAL DOCKET FOR CASE #: 7:19-mj-00147-RSB All Defendants

Case title: USA v. Langhorne  
Other court case number: 3:19-MJ-1423-JRK Middle District of Florida-Jacksonville

Date Filed: 11/15/2019  
Date Terminated: 11/22/2019

Assigned to: Magistrate Judge Robert S. Ballou

**Defendant (1)**

**Romeo Xavier Langhorne**  
*TERMINATED: 11/22/2019*

represented by **Monica Dumas Cliatt**  
Federal Public Defenders Office - Western District of VA  
210 First Street, SW, Suite 400  
Roanoke, VA 24011  
540-777-0880  
Fax: 540-777-0890  
Email: monica_cliatt@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **Daniel P. Bubar**
United States Attorneys Office
310 First Street, S.W. Room 906
Roanoke, VA 24008
540-857-2250
Fax: 540-857-2614
Email: daniel.bubar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2019 | | Arrest - 5(c)(3) of Romeo Xavier Langhorne (kab) (Entered: 11/15/2019) |
| 11/15/2019 | 1 | Charging Documents from Middle District of Florida-Jacksonville - Rule 5(c)(3) as to Romeo Xavier Langhorne (Attachments: # 1 Warrant)(kab) (Additional attachment(s) added on 11/22/2019: # 2 "Exhibit A", # 3 additional exhibits) (kab). Modified on 11/22/2019--to add attachments from the MDFL that did not initially make it to this district when the case was originally filed (kab). |
| 11/15/2019 | 2 | NOTICE OF HEARING as to Romeo Xavier Langhorne (CUSTODY) **(FTR)** Initial Appearance - Rule 5c3 set for 11/15/2019 02:45 PM in Roanoke before Magistrate Judge Robert S. Ballou.(kab) |
| 11/15/2019 | 3 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Romeo Xavier Langhorneentered by Magistrate Judge Robert S. Ballou on 11/15/2019. (kab) (Entered: 11/18/2019) |
| 11/15/2019 | 4 | CJA 23 Financial Affidavit as to Romeo Xavier Langhorne (kab) (Entered: 11/18/2019) |
| 11/15/2019 | 5 | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Romeo Xavier Langhorne held on 11/15/2019. Defendant remanded to Custody. (FTR Operator: K. Brown)(kab) (Entered: 11/18/2019) |
| 11/15/2019 | 6 | FTR Log Notes as to Romeo Xavier Langhorne for Initial Appearance in the Roanoke Division in CR3 held before Judge Robert S. Ballou on 11/15/2019. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: K. Brown (kab) (Entered: 11/18/2019) |
| 11/15/2019 | 7 | NOTICE OF HEARING as to Romeo Xavier Langhorne (CUSTODY) **(FTR)** Detention Hearing set for 11/22/2019 02:00 PM in Roanoke before Magistrate Judge Robert S. Ballou.(kab) (Entered: 11/18/2019) |
| 11/22/2019 | 8 | Minute Entry for proceedings held before Magistrate Judge Robert S. |

| | | |
|---|---|---|
| | | Ballou:Preliminary Hearing as to Romeo Xavier Langhorne held on 11/22/2019, Detention Hearing as to Romeo Xavier Langhorne held on 11/22/2019. Defendant remanded to Custody. (FTR Operator: K. Brown)(kab) |
| 11/22/2019 | 9 | FTR Log Notes as to Romeo Xavier Langhorne for Detention Hearing in the Roanoke Division in CR3 held before Judge Robert S. Ballou on 11/22/2019. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: K. Brown (kab) |
| 11/22/2019 | 10 | Oral Order Finding Probable Cause as to Romeo Xavier Langhorne entered by Magistrate Judge Robert S. Ballou on 11/22/2019. (kab) |
| 11/22/2019 | 11 | WITNESS and EXHIBIT LIST by Romeo Xavier Langhorne (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(kab) |
| 11/22/2019 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Romeo Xavier Langhorne. Defendant committed to District of Middle District of Florida.. Signed by Magistrate Judge Robert S. Ballou on 11/22/2019. (kab) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2019 16:13:51 | | | |
| **PACER Login:** | ajones17103:5876016:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:19-mj-00147-RSB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5**
(Complaint/Indictment/Other District)

**Case No.: 7:19-MJ-00147**                                **Date: 11/15/2019**

**Defendant(s): Romeo Xavier Langhorne, custody**          **Counsel: Monica Cliatt, FPD**

PRESENT:   Presiding Judge:   Robert S. Ballou           TIME IN COURT: 17 min
           Deputy Clerk:      K. Brown
           Court Reporter:    K. Brown/FTR
           AUSA:              Dan Bubar
           USPO:              Sean Sweeney
           Case Agent:        Armando Martinez

☒   Defendant arrested on warrant from Middle District of Florida-Jacksonville

**RIGHTS:**
☒   Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒   Defendant advised of right to retain counsel or to request that counsel be appointed.
☒   Defendant advised of right to preliminary exam.
☒   Defendant advised of right to identity hearing.
☒   Defendant advised of right to a bond/detention hearing.

**COUNSEL:**
☒   FPD appointed.
☒   Defendant requests appointment of counsel.  CJA 23 Financial Affidavit completed.

**RELEASE/DETENTION:**
☒   Government moves for detention.
☒   Detention hearing continued to 11/22/2019 at 2:00pm.

**Additional Information:**
3:19
Parties present and represented by counsel.
Government wishes to keep the case in Florida.
Defendant wishes to have all hearings in the Middle District of Florida but would like a bond.
Defendant moves for continuance to have a detention hearing next week.  Hearing set for Friday, 11/22 at 2pm.
Defendant remanded.
Adjourned.
3:36

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - RULE 5**
**(Complaint/Indictment/Other District)**
**Preliminary and Detention Hearings**

**Case No.:**  7:19-MJ-147                                          **Date:**  11/22/2019

**Defendant(s):**  Romeo Xavier Langhorne, custody        **Counsel:**  Monica Cliatt, FPD

PRESENT:    Presiding Judge:    Robert S. Ballou        TIME IN COURT:  1 hour, 57 min
                    Deputy Clerk:         K. Brown
                    Court Reporter:      K. Brown/FTR
                    AUSA:                     Laura Taylor/Dan Bubar
                    USPO:                     Kim Falatic

**PRELIMINARY HEARING:**
☒    Preliminary hearing held.

**RELEASE/DETENTION:**
☒    Government moves for detention.
☒    Detention hearing held.
☒    Order of Commitment to Another District (AO 94).

**Additional Information:**
2:20
Parties present and represented by counsel.
Defendant submits to probable cause.
Opening statements.
Evidence.  Matthew Bellamy, FBI TFO, sworn.  Court marks and admits Gov Exhibits 1 and 2.  (Both were parts of the complaint that was initially filed in the MDFL.)  Cross.  Redirect.  Virginia Langhorne, mother, sworn.  Pleasant Hill Road, Rocky Mount VA.  Cross.  Court addresses witness.  Redirect.  Mary Burwell, grandmother, sworn.  Cross.  No redirect.  Deft proffers evidence as relates to rehabilitation specialists from Staunton, VA who have worked with the defendant.  Deft had an evaluation with them and they said he required more services than they could provide.  No rebuttle.  Rest.
Argument.
Court addresses defendant.  Issue of probable cause:  communications deft had with undercover agents are part of the complaint, as are the purposes for which deft posted a video inspiring others to help him.  Probable cause is found.  Oral order to enter.  There is a presumption for detention.  First factor, nature of offense:  in light most favorable to deft, the evidence is as set forth in the complaint, that deft has engaged in the alleged conduct.  Deft's record is what it is, significant parts are the battery and interference charge in 2011, bail jumping in 2013 with fugitive charge from 2014.  Meaningful that deft has previously disregarded conditions of release.  Pending charge in Franklin Co is the assault on mother.  Mental health issues are very concerning.  Deft has been diagnosed with multiple mental health issues.  All of which deft frequently does not take his medication to control.  These issues are concerning and play into request for release.  Court does not find that home plan to live with grandmother sufficient.  Grandmother has never been in a position of supervision over deft.  Deft has never been amenable to supervision of mother or others.  Deft previously jumped bail and this case is pending in Florida.  Defendant deemed to be a flight risk.  Nature of allegations are significant in connection with this complaint, to inspire others to collect materials to build bombs to destroy cars and buildings.  Considering all of that, deft found to be a flight risk and a danger to the community.  Court requests that the USMS make sure defendant receives mental health treatment and medication while in their custody.
Defendant remanded.
Adjourned.
4:17

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  7:19-MJ-00147 |
| Romeo Xavier Langhorne | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No.  3:19-MJ-1423 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Middle___ District of ___Florida___,
(if applicable) ___Jacksonville___ division. The defendant may need an interpreter for this language:
_____ .

The defendant:   ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  ___11/22/2019___

_____
Judge's signature

___Robert S. Ballou, United States Magistrate Judge___
*Printed name and title*