FILED IN OPEN COURT
12/18/19
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO. 3:19-cr-218-J-20JRK

ROMEO XAVIER LANGHORNE

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, ROMEO XAVIER LANGHORNE, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Laura Cofer Taylor, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 18th day of December, 2019.

_____
Attorney for Defendant