# EXHIBIT A

Fax 540 566-3311

This is the mother of Romeo Langhorne. I Do not want to appear on Camra and I just feel you need to know these things About Romeo. The allegations Against him are all false. Romeo just like ~~Creede~~ Creigh Deeds Son. Romeo has mental disorders and has had All his life he has paranoid Schizaphrenia, ADHD, personality disorder, Depression and imparments ~~that~~ that Substantially Limits him. The FBI know he is Not a threat No terroist They Flew Romeo To New York for a jaywalking charge after The FBI Searched my house for what they called on search warrant fruits & instruments Claiming he was Supporting ISIS Then. Yet Romeo will not even Steal to feed himself He has No means to help anyone. He has been on

#1

disability ~~not~~ most all his life. He basically play video games alot and This paper thats attached is what they gave me that they took. If they thought he was a threat why did they wait so long and I am getting calls from people in Florida telling me the FBI is down there Questioning them Trying to build a case against him. The facts are Not correct at all He was in Special Education Had a IEP, and The Attorney Carylon Furrow and DSS Knew he has mental problems, I feel they Lured Him to Say or do things through his game systems. There was No bomb making material Nothing to support there complaint Yet the Department of Rehibilation Services use to take him to get Counsling. He was seen for Long time at Piedmont Community Servi Romeo Is fine When hes on his medication but he has been

off meds for at least 2 years and just as people with dementia or Altimers you can't think or function clearly. Please do fact checks before making statements that are not accurate.

Virginia Langhorne

Its Discrimination what the FBI is Doing Its against the Americans with disabilities Act laws. what they are doing.

PD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) 11/15/2019

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 702 Stewart St

(City) Roanoke VA

Description of Item (s): (1) Super Mario Brothers Notebook, one xbox one w/ cables, controllers, one seagate xbox hard drive

Received By: _____ (Signature)

Printed Name/Title: Lynric A Vitt

Received From: _____ (Signature)

Printed Name/Title: _____

**HP Color LaserJet MFP M477fdn**

# Fax Confirmation

Nov-18-2019  6:25PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 73 | 11/18/2019 | 6:22:50PM | Receive | 5404837734 | 2:28 | 4 | OK |

---

11/18/2019  17:28   5404837734         VAOFFICESUPPLY              PAGE 01/04

Fax 540 566-3311

This is the mother of Romeo Langhorne. I Do not want to appear on Camra and I just feel you need to know these thing about Romeo. The Allegations against him are all false. Romeo just like ~~Creede~~ CReigh Deeds Son. Romeo has mental disorders and has had All his life. he has paranoid Schizaphrenia, ADHD, Personality disorder, Depression and imparments ~~that~~ that Substantially Limits him. The FBI know he is not a threat. No terroist. They Flaw Romeo To New York for a Jaywalking Charge after The FBI Searched my hou: for what they called on sear Warrant fruits & instruments Claiming he was Supporting ISIS. Then yet Romeo will not even steal to fee himself. He has No means to help anyone. He has been con