**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                     **Case No. 3:19-cr-218-J-20JRK**

**ROMEO XAVIER LANGHORNE**

---

**O R D E R**

1. The Government's Motion for Extension of Time to Produce Certain Items of Discovery (Doc. No. 26), filed December 31, 2019, that Defendant does not oppose, is **GRANTED**.

2. The Government may produce the limited materials identified in the Motion following declassification, the entry of an order on the Government's request for a protective order (Doc. No. 22), and any relevant CIPA-related litigation. The Government shall continue to diligently work toward full compliance with its discovery obligations and promptly produce the material at issue once circumstances permit.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of January, 2020.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Assistant U.S. Attorney (Taylor)
David A. Sigler, Esquire
Lisa Call, Esquire
Maurice C. Grant, II, Esquire