# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　　　　　Case No.　3:19-cr-218-J-20JRK

**ROMEO XAVIER LANGHORNE**　　　　　Defense Attys: Lisa Call, Esquire & Charles W. Lammers, Esquire
　　　　　　　　　　　　　　　　　　　　　　　AUSA: Laura Cofer Taylor, Esquire & David A. Sigler, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/15/2020<br>11:08 a.m. – 11:29 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**　　MOTION HEARING RE: UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND MEMORANDUM OF LAW (DOC. NO. 31)

Court requested presence of counsel for appointment. Charles W. Lammers present.

Court heard from the parties.

The Unopposed Motion to Withdraw as Counsel and Memorandum of Law (Doc. No. 31) is **GRANTED.**

The Federal Public Defender is relieved of any further responsibility in this case, with the exception of those duties required to properly transition the case to new counsel.

Charles W. Lammers, Esquire is appointed to represent Defendant in all further proceedings.

**Order to enter.**

Defendant shall file a response to the United States' Motion for Entry of a Protective Order Governing Discovery (Doc. No. 22) no later than **January 22, 2020.**

Defendant shall file a notice regarding Response in Opposition to Government's Motion for Mental Examination for Competency (Doc. No. 30) no later than **January 22, 2020.**

Order of Detention remains in effect.