**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                                                    **Case No. 3:19-cr-218-J-20JRK**

**ROMEO XAVIER LANGHORNE**

## O R D E R

This cause is before the Court on the Unopposed Motion to Withdraw as Counsel and Memorandum of Law (Doc. No. 31; "Motion"), filed January 13, 2020. In the Motion, Lisa Call, Esquire and the Office of the Federal Public Defender seek to withdraw from representing Defendant due to a conflict of interest. Motion at 1. Upon review of the Motion, the Court set a hearing for January 15, 2020. See Notice (Doc. No. 33). During the hearing, the Court heard from counsel for Defendant and counsel for the Government. Accordingly, and for the reasons stated on the record, it is hereby

**ORDERED:**

1. The Unopposed Motion to Withdraw as Counsel and Memorandum of Law (Doc. No. 31) is **GRANTED.**

2. The Federal Public Defender is relieved of any further responsibility in this case, with the exception of those duties required to properly transition the case to new counsel.

3. Charles W. Lammers is appointed to represent Defendant in all further proceedings.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of January, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (L. Taylor)
Charles W. Lammers, Esquire
Lisa Call, Esquire
Maurice C. Grant, II, Esquire
United States Marshals Service