IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                                 Case Number: 3:19-CR-218-J-20-JRK

ROMEO LANGHORNE,

    Defendant.
_____/

## UNOPPOSED DEFENSE MOTION TO CONTINUE TRIAL DATE

    COMES NOW the Defendant, Romeo Langhorne, by and through appointed counsel pursuant to Fed. R. Crim. P. 50, and hereby moves this Court for an Order continuing Defendant's trial date in this cause. As grounds in support of this motion, Defendant states:

    1. Defendant has been indicted for Providing Material Support to a Terrorist Organization. Defendant has been detained.

    2. Defendant is scheduled for jury trial on February 3, 2020.

    3. Undersigned counsel was appointed to represent Defendant on January 15, 2020 after the Public Defender withdrew. Discovery has not been completed due to outstanding motions filed by the government seeking protective orders. These motions have not been resolved and were filed before undersigned counsel was appointed.

    4. Additionally, discovery is anticipated to be voluminous once produced. At the January 15, 2020 hearing on the Public Defender's motion to withdraw, counsel for the government informed undersigned counsel that a hard drive would need to be necessary to provide discovery once the outstanding motions had been ruled upon. Counsel can not be ready

for trial by the February 3rd date.

5. Undersigned counsel has spoken with Assistant U.S. Attorney Laura Taylor who has authorized counsel to state she has no opposition to the Court granting this request for a continuance.

WHEREFORE, Defendant respectfully requests this Court enter an Order continuing Defendant's trial date for a minimum of 60 days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by notice of electronic filing and e-mail to Laura Taylor and David Sigler, counsel for the United States, who has stated that she has no opposition to the Court granting same this 17th day of January, 2020.

/s/ *Charles Lammers*

_____
CHARLES WILLIAM LAMMERS
FL BAR NO. 0107425
Law Office Charles William Lammers
Professional Association
4069 Atlantic Boulevard
Jacksonville, Florida 32207
904 330 0118 Fax 904 398 1568
Email: CL@CWLPA.com