UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                                Case Number: 3:19 CR 218 J 20JRK

ROMEO XAVIER LANGHORNE,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO GOVERNMENT MOTIONS

COMES NOW, the Defendant, Romeo Langhorne, through undersigned counsel, and files his response to the Government Motion for a Protective Order and Motion for a Competency Exam.

### Government Motion for a Protective Order

Defendant has no opposition to the Court granting the Government's motion for a protective order.

### Government Motion for a Competency Exam

Defendant has no opposition to the Government's motion for a competency exam under the following conditions:

I.    The examination is conducted <u>locally</u> and undersigned counsel may attend the examination as an observer.

II.    The examination is conducted to determine Mr. Langhorne's present mental competency, which includes - his ability to understand the nature and consequences of the proceeding against him and Mr. Langhorne's ability to assist in his defense.

III.   The examination report shall include:

    1)   Mr. Langhorne's history and present symptoms, if any;

    2)   A description of the psychiatric, psychological, and medical tests that were employed and their results;

    3)   The examiner's findings;

    4)   The examiner's opinions as to diagnosis, prognosis; and

    5)   whether Mr. Langhorne is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unsable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to Item 5), the examining professional answers the following questions:

    a)   Does Mr. Langhorne have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?

    b)   Does Mr. Langhorne have a rational, as well as factual understanding of the proceedings against him?

IV.   The examination report is furnished to the Court, AUSA Laura Cofer Taylor, and Attorney Charles Lammers.

V.   The U.S. Attorney's Office will be billed for the expense of the examination and report preparation.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to AUSA Laura Cofer Taylor, Counsel for the United States, through CM/ECF this 21st day of January, 2020.

                                      /s/ *Charles Lammers*
                                      _____
                                      CHARLES WILLIAM LAMMERS
                                      FLORIDA BAR NO. 0107425
                                      Law Office Charles William Lammers,
                                      Professional Association
                                      4069 Atlantic Boulevard
                                      Jacksonville, Florida 32207
                                      904 330 0118 Fax 904 398 1568
                                      Email: CL@CWLPA.com