FILED IN OPEN COURT
2|27|2020

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:19-cr-218-J-20JRK

ROMEO XAVIER LANGHORNE

<u>STIPULATION REGARDING COMPETENCY OF DEFENDANT</u>

The United States of America, by and through the undersigned Assistant
United States Attorney, defendant, ROMEO XAVIER LANGHORNE, and counsel
for the defendant, Charles Lammers, Esq., stipulate and agree as follows:

1.      That the attached report of psychological evaluation by Dr. Jason A.
Demery, Ph.D., an expert in the field of psychology, shall be received as evidence by
the Court on the issue of defendant's competency in this case in lieu of testimony
from Dr. Demery, or any other witnesses; and

2.      That neither the United States nor defendant will present any evidence
other than the attached report of psychological evaluation by Dr. Demery on the

1

issue of defendant's competency to stand trial in this case, and the Court may enter

any such order as it deems appropriate, without need for further hearing.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone No. (904) 301-6300
Facsimile No. (904) 301-6310
Email: Laura.C.Taylor@usdoj.gov

ROMEO XAVIER LANGHORNE
Defendant

CHARLES LAMMERS, Esq.
Counsel for Defendant

2