**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**  **Case No. 3:19-cr-218-J-20JRK**

**ROMEO XAVIER LANGHORNE**

### O R D E R

On February 3, 2020, an Order (Doc. No. 42) was entered requiring Defendant to be examined to determine if he is competent to stand trial. Pursuant to Title 18 U.S.C. §§ 4241 and 4247, Jason A. Demery, Ph.D., ABPP-CN, an expert in the field of psychology, was appointed to conduct the examination. At the conclusion of the examination, Dr. Demery submitted a report to the Court dated February 24, 2020.

The Court held a hearing on February 27, 2020. At the hearing, the parties stipulated that the report, attached to the stipulation and incorporated here by reference, shall be received by the Court as evidence of the Defendant's competency in this case in lieu of testimony from Dr. Demery or any other witnesses. The parties stipulated that neither party would present any evidence other than the report from Dr. Demery on the issue of Defendant's competency to proceed in this case and that the Court may enter such order as it deems appropriate, without need for further hearing.

Based upon Dr. Demery's report and the stipulation of the parties, the Court finds by a preponderance of the evidence that Defendant has at the present time the sufficient mental ability to:

1. consult with counsel with a reasonable degree of rational understanding; and

   2. have a rational as well as factual understanding of the nature and consequences of the proceedings against him.

   The Court further finds Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the court finds **ROMEO XAVIER LANGHORNE** is competent to participate in all pretrial proceedings and to stand trial.

   **DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February, 2020.

*/s/ James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Taylor)
Charles W. Lammers, Esquire