UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                            Case Number: 3:19-cr-218-J-20JRK

ROMEO XAVIER LANGHORNE,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDNAT

COMES NOW, undersigned counsel, and moves this Court for an Order permitting counsel to withdraw from further representation of Defendant. As grounds in support of this motion, counsel states:

1. Undersigned counsel was appointed to represent Defendant in January 2020 after the Federal Public Defender was permitted to withdraw.

2. Since being appointed, undersigned client has met in person with Defendant at the Baker County Detention Center several times to discuss his case. Discovery in this case has been delayed due to the Covid19 emergency and counsel has not been able to meet in person with Defendant since late February. Counsel has spoken with Defendant by phone since in person attorney visits have been canceled.

3. Undersigned counsel has informed Defendant of this motion and the reasons for moving to withdraw.

4. Undersigned counsel was recently extended an offer by the Office of Regional Conflict Counsel in Tallahassee to be a senior trial attorney. Counsel has accepted that offer and

is in the process of shutting down his practice in order to move to Tallahassee. It is anticipated that the job will start in June 2020.

5. Undersigned counsel has spoken with Assistant U.S. Attorney Cofer-Taylor concerning this motion and the reasons why it is being filed.

WHEREFORE, undersigned counsel requests this Court grant this motion and enter an Order permitting counsel to withdraw from further representation of Defendant and appoint new counsel to represent Mr. Langhorne.

**CERTIFICATE OF SERVICE AND CONSULTATION WITH OPPOSING COUNSEL**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF to counsel for the United States, Ms. Cofer-Taylor, who has been informed of this motion and the reasons for it being filed this 21st day of May, 2020.

/s/ *Charles Lammers*
_____
CHARLES WILLIAM LAMMERS
FLORIDA BAR NO. 0107425
Law Office Charles William Lammers,
Professional Association
4069 Atlantic Boulevard
Jacksonville, Florida 32207
904 330 0118 Fax 904 398 1568
Email: CL@CWLPA.com