IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12412-HH

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

versus

ROMEO XAVIER LANGHORNE,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

     Attorney Leombruno's motion to withdraw as counsel having been granted by order dated January 6, 2023, the Court hereby appoints the following attorney as counsel for the appellant:

Valarie Linnen
841 Prudential Dr Ste 1200
Jacksonville, FL 32207-8874

                              /s/ Charles R. Wilson
                        UNITED STATES CIRCUIT JUDGE